IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>　Petitioner,<br><br>　　vs.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>　Respondents.<br>_____/ | 1:06-cv-0347-OWW-TAG HC<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 4)<br><br>ORDER DISREGARDING AS MOOT PETITIONER'S SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN AMENDED PETITION LODGED APRIL 17, 2006 (Doc. 6) |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

　　A.　<u>Application to Proceed In Forma Pauperis</u>.

　　On February 24, 2006, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Central District of California, and his case was transferred and received by this Court on March 28, 2006.  (Doc. 1, Attach. 1).  On April 6, 2006, Petitioner filed an amended

petition. (Doc. 3). On April 6 and April 7, 2006, Petitioner submitted an application to proceed in forma pauperis, and a declaration in support thereof. (Docs. 4 & 5).

On April 17, 2006, Petitioner sought to file a second amended petition, which the Clerk of the Court lodged, but did not file. (Doc. 6). Also on April 17, 2006, Petitioner filed a second application to proceed in forma pauperis. (Doc. 7).

An examination of the documents submitted with Petitioner's first application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of this action. Accordingly, Petitioner's first motion to proceed in forma pauperis (Doc. 4), is granted. See 28 U.S.C. § 1915. Due to the fact that the Court has granted Petitioner's application to proceed in forma pauperis, his second application, filed on April 17, 2006, is moot and will be disregarded.

B. Second Amended Petition.

Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend his pleading once, as a matter of course, without leave of Court, before a responsive pleading is served. Fed. R. Civ. P. 15(a). Here, Petitioner, without leave of Court, has already filed his first amended petition on April 6, 2006. (Doc. 3). Thus, his second amended petition, submitted on April 17, 2006 without leave of Court, was properly lodged, rather than filed, by the Clerk of the Court. (Doc. 6). Fed. R. Civ. P. 15(a). Petitioner has not sought leave of Court to file his second amended petition. Consequently, the Clerk of the Court will be directed to return the second amended petition to Petitioner.

///

# ORDERS

Accordingly, it is HEREBY ORDERED as follows:

1. Petitioner's first motion to proceed in forma pauperis (Doc. 4), is GRANTED;

2. Petitioner's second motion to proceed in forma pauperis (Doc. 7) is DISREGARDED as MOOT; and

3. The Clerk of the Court is DIRECTED to RETURN to Petitioner his second amended petition, lodged with the Court on April 17, 2006 (Doc. 6).

IT IS SO ORDERED.

Dated:   **May 2, 2006**            **/s/ Theresa A. Goldner**
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE