# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | 1:06-cv-00347-OWW-TAG HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PETITION (Doc. 11) |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Docs. 1 & 3) |
| KERN COUNTY SUPERIOR COURT, et al., | ORDER DENYING MOTION TO DISMISS PETITION AS MOOT (Doc. 12) |
| Respondents. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition for writ of habeas corpus was filed on March 28, 2006. (Doc. 1). On April 6, 2006, Petitioner filed an amended petition that contained no grounds for relief. (Doc. 3). On December 6, 2007, the Court issued Findings and Recommendations to dismiss the two petitions because Petitioner's state appeal was ongoing and therefore the federal court should abstain under Younger v. Harris, 401 U.S. 37, 43-45. (Doc. 11). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed

1 timely objections to the Findings and Recommendation.  However, on December 27, 2007,
2 Petitioner filed a motion to voluntarily dismiss the petitions in order to exhaust his remedies in
3 state court.  (Doc. 12).
4       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
5 a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
6 the Magistrate Judge's Findings and Recommendation is supported by the record and proper
7 analysis.  Petitioner has filed a "motion to dismiss" requesting the the opportunity to exhaust his
8 claims in state court.
9       Accordingly, IT IS HEREBY ORDERED that:
10   1.    The Report and Recommendation, filed December 6, 2007 (Doc. 11), is
11         ADOPTED IN FULL;
12   2.    The petition for writ of habeas corpus and amended petition (Docs. 1 & 3), are
13         DISMISSED;
14   3.    Petitioner's motion to dismiss (Doc. 12), is DENIED as MOOT; and,
15   4.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.
16       This order terminates the action in its entirety.
17 IT IS SO ORDERED.
18 **Dated:   January 10, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28